NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant-Respondent, v EWAN CHOROSZYLOW et al., Respondents-Appellants. HOWARD J. GREENWALD, Respondent. (Appeal No. 1.) [755 NYS2d 358] —Appeal and cross appeal from an order of Supreme Court, Erie County (Makowski, J.), entered August 14, 2001, which denied plaintiff's motion for summary judgment, denied defendants' cross motion for summary judgment and denied plaintiff's motion to compel compliance with a subpoena and for sanctions.

Now, upon reading and filing the stipulation withdrawing the appeals insofar as they concern Howard J. Greenwald signed by the attorneys for the parties and by Howard J. Greenwald on January 13, 2003,

It is hereby ordered that said appeal from the order insofar as it concerns Howard J. Greenwald be and the same hereby is unanimously dismissed and the order is affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Makowski, J. Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.